UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E COBB, | No. C-11-02496 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CRISTINA CONSUNJI, et al., | |
| Defendants. | |

Defendants' motion to dismiss is set for a hearing on August 25, 2011. Plaintiff is pursuing this action *pro se*. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendants' motion was due on August 1, 2011, but no such opposition has been received. <u>Plaintiff Jason E. Cobb is ordered to respond by **August 19, 2011**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on August 25, 2011 is VACATED. A new hearing shall be noticed by the Court if necessary. If Plaintiff does not respond by August 19, 2011, Defendant's motion may be granted.

IT IS SO ORDERED.

Dated: August 4, 2011

_____
DONNA M. RYU
United States Magistrate Judge