**United States District Court**

For the Northern District of California

1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA
8
9    JASON E COBB,                          No. C-11-02496 DMR
10            Plaintiff,                     **ORDER CONTINUING INITIAL CASE
                                             MANAGEMENT CONFERENCE**
11        v.
12   CRISTINA CONSUNJI, ET AL.,
13            Defendants.
     _____/
14
15        TO ALL PARTIES AND COUNSEL OF RECORD:
16   The Initial Case Management Conference previously scheduled for August 31, 2011 has been
17   CONTINUED to **September 22, 2011 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court,
18   1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19   September 15, 2011.
20        IT IS SO ORDERED.
21
22   Dated:  August 24, 2011
23                                           _____
24                                           DONNA M. RYU
                                             United States Magistrate Judge
25
26
27
28