UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. COBB, | No. C-11-02496 DMR |
| Plaintiff, | **ORDER TAKING DEFENDANTS' MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| CRISTINA CONSUNJI, ET AL., | |
| Defendants. | |
| _____/ | |

The Court has received Defendants' Motion to Dismiss (Docket No. 5), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing on the motion and the Case Management Conference scheduled for September 22, 2011 are hereby VACATED. The Court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: September 13, 2011

_____
DONNA M. RYU
United States Magistrate Judge