**United States District Court**
For the Northern District of California

1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                     NORTHERN DISTRICT OF CALIFORNIA
8
9   JASON E COBB,                           No. C-11-02496 DMR
10          Plaintiff,                      **ORDER SETTING INITIAL CASE**
                                            **MANAGEMENT CONFERENCE**
11      v.
12  CRISTINA CONSUNJI, et al.,
13          Defendants.
    _____/
14
15      TO ALL PARTIES AND COUNSEL OF RECORD:
16      The Initial Case Management Conference is set for **November 23, 2011 at 1:30 p.m.**,
17  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case
18  Management Statement is due no later than November 16, 2011.
19      IT IS SO ORDERED.
20
21  Dated:  September 27, 2011
22  _____
23  DONNA M. RYU
    United States Magistrate Judge
24
25
26
27
28