**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  JASON E COBB,                         No. C-11-02496 DMR

10          Plaintiff,                   **ORDER SETTING INITIAL CASE
                                         MANAGEMENT CONFERENCE**
11     v.

12 CRISTINA CONSUNJI, et al.,

13          Defendants.
   _____/

14

15     TO ALL PARTIES AND COUNSEL OF RECORD:

16     The Initial Case Management Conference is set for **November 23, 2011 at 1:30 p.m.**,

17 Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case

18 Management Statement is due no later than November 16, 2011.

19     IT IS SO ORDERED.

20

21 Dated:  September 27, 2011

22                                       _____
                                         DONNA M. RYU
23                                       United States Magistrate Judge

24
25
26
27
28