| | |
|---|---|
| 1 | Jason Cobb |
| 2 | 1101 Menlo Oaks Dr.<br>Menlo Park, CA  94025 |
| 3 | Plaintiff *Pro Se* |
| 4 | MORGAN, LEWIS & BOCKIUS LLP |
| 5 | Howard Holderness, Bar No. 169814<br>hholderness@morganlewis.com |
| 6 | Dennis J. Sinclitico, Jr., Bar No. 240260<br>dsinclitico@morganlewis.com |
| 7 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126 |
| 8 | Tel:    415.442.1000<br>Fax:   415.442.1001 |
| 9 | Attorneys for Defendants |
| 10 | CHRISTINA CONSUNJI, CHRIS GLASSER, TERRY JOHNSON, CASS KALINSKI, JEFF MONK, VANITA NEMALI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASON E. COBB, an Individual,<br><br>                     Plaintiff,<br><br>     vs.<br><br>CHRISTINA CONSUNJI, CHRIS GLASSER, TERRY JOHNSON, CASS KALINSKI, JEFF MONK, VANITA NEMALI, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, Individuals,<br><br>                     Defendants. | Civil Action No. CV 11-02496-DMR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VACATING NOVEMBER 23, 2011 CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference Information**<br>Date:  November 23, 2011<br>Time: 1:30 p.m.<br>Courtroom:  4<br><br>Date of Filing:       May 23, 2011 |

STIP AND [PROPOSED] ORDER RE:
CONFERENCE STATEMENT
CASE NO.: CV 11 - 02496 DMR

1  This Stipulation is made by and between Plaintiff Jason E. Cobb ("Plaintiff") and
2  Defendants Christina Consunji, Chris Glasser, Terry Johnson, Cass Kalinski, Jeff Monk, and
3  Vanita Nemali (collectively, "Defendants") (collectively, the "Parties") with respect to the
4  following facts:

5  WHEREAS, Plaintiff filed this case on May 23, 2011;

6  WHEREAS, on September 27, 2011, the Court issued an order setting the initial Case
7  Management Conference for November 23, 2011;

8  WHEREAS, Defendants' counsel, Dennis Sinclitico, has a previously scheduled vacation
9  during that time and does not anticipate being able to participate in the Case Management
10 Conference via telephone on that date;

11 WHEREAS, the Parties submit that there are no currently-set deadlines that will be
12 affected by a short continuance of the Case Management Conference;

13 WHEREAS, Plaintiff does not object to a short continuance of the Case Management
14 Conference;

15 THEREFORE, the Parties hereby stipulate and request that the Court issue an order
16 vacating the Case Management Conference currently on calendar for November 23, 2011 and
17 reschedule Case Management Conference to the following week or another date convenient to the
18 Court's calendar.

19
20 Dated: October 4, 2011                    JASON E. COBB

21                                           BY:_____/S/_____

22                                           PLAINTIFF *PRO SE*

23 Dated: October 4, 2011                    MORGAN, LEWIS & BOCKIUS LLP
24
25                                           By:_____/s/_____
                                             DENNIS J. SINCLITICO JR.
26
27                                           Attorneys for Defendants
                                             CONSUNJI, ET AL.
28

2  STIP AND [~~PROPOSED~~] ORDER RE:
   CONFERENCE STATEMENT
   CASE NO.: CV 11 - 02496 DMR

Include Draft Include Date Include Time

# [~~PROPOSED~~] ORDER

In light of the foregoing stipulation of the Parties and finding good cause for doing so, the Case Management Conference currently on calendar for November 23, 2011 is hereby vacated and rescheduled to <u>November 30, 2011 at 1:30 p.m.</u>

**IT IS SO ORDERED.**

Dated: <u>Oct. 4, 2011</u> _____                    _____
                                                        DONNA M. RYU
                                                        United States Magistrate Judge

## PROOF OF SERVICE

I, Eileen H. Yemoto, declare:

I am a citizen of the United States and employed in County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On October 4, 2011, I served a copy of the within document(s):

JOINT STIPULATION AND [PROPOSED] ORDER VACATING NOVEMBER 23, 2011 CASE MANAGEMENT CONFERENCE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☒ by OVERNIGHT DELIVERY (FedEx): I placed the document(s) listed above into envelope(s) or package(s) designated by the express service carrier and addressed to the person(s for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Jason E. Cobb
1101 Menlo Oaks Drive
Menlo Park, CA 94025

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 4, 2011, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/
Eileen H. Yemoto

4

STIP AND [PROPOSED] ORDER RE:
CONFERENCE STATEMENT
CASE NO.: CV 11 - 02496 DMR

nclude Draft Include Date Include Time