UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E COBB, | No. C-11-02496 DMR |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CRISTINA CONSUNJI, et al., | |
| Defendants. | |

The Initial Case Management Conference previously scheduled for November 30, 2011 has been CONTINUED to **December 8, 2011 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **December 1, 2011.**

IT IS SO ORDERED.

Dated: November 18, 2011

_____
DONNA M. RYU
United States Magistrate Judge