**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9    JASON E COBB,                          No. C-11-02496 DMR
10             Plaintiff,                   **ORDER CONTINUING INITIAL CASE**
                                            **MANAGEMENT CONFERENCE**
11       v.
12   CRISTINA CONSUNJI, et al.,
13             Defendants.
                                       /
14
15       The Initial Case Management Conference previously scheduled for November 30, 2011 has
16   been CONTINUED to **December 8, 2011 at 11:00 a.m.,** Courtroom 4, 3rd Floor, U.S. District
17   Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no
18   later than **December 1, 2011.**
19
20       IT IS SO ORDERED.
21
22   Dated:  November 18, 2011
23                                          _____
24                                          DONNA M. RYU
                                            United States Magistrate Judge
25
26
27
28