UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. COBB,<br><br>        Plaintiff,<br><br>    v.<br><br>CRISTINA CONSUNJI, ET AL.,<br><br>        Defendants.<br>_____/ | No. C-11-02496 DMR<br><br>**ORDER TAKING DEFENDANTS' MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

The court has received Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 41), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing on the motion and the Case Management Conference scheduled for December 8, 2011 are hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: December 5, 2011



_____
DONNA M. RYU
United States Magistrate Judge